UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                          Plaintiff,

    -against-

                                              Case No. 7:11-mj-2295

Richard Casey

                         Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                            SO ORDERED.

                                                             Hon. Martin R. Goldberg
                                                             United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York